IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00208-CR

 

Ricky Lee Young,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 252nd District Court

Jefferson County, Texas

Trial Court No. 90688

 



MEMORANDUM  Opinion



 








          The court convicted Ricky Lee Young in
a bench trial of violating a magistrate’s protective order by assaulting the
person protected by the order.  Young pleaded “true” to an enhancement
allegation, and the court sentenced him to fourteen years’ imprisonment.  Young
contends in his sole point that the court erred by permitting the State to
amend his indictment on the day of trial.  We will affirm.

          The indictment presented by the grand
jury alleged in pertinent part that the protective order which Young allegedly
violated had been issued “by the Domestic Relations Court of Jefferson County,
Texas, Criminal District Court in Cause Number 2003183858.”  A copy of the
protective order was attached to the indictment as “Exhibit A.”  When the State
read the indictment at the commencement of Young’s trial, the State announced
mid-indictment that it was “abandoning” the phrase “Domestic Relations Court
of.”  Young did not object.

An indictment may be amended at trial if the
defendant does not object.  Tex. Code
Crim. Proc. Ann. art. 28.10(b) (Vernon 1989).  Because Young failed to
object to the State’s alteration[1] of
the indictment, he has failed to preserve this issue for appellate review.  See
id.; Tex. R. App. P.
33.1(a)(1); State v. Murk, 815 S.W.2d 556, 558 (Tex. Crim. App. 1991); Hoitt
v. State, 30 S.W.3d 670, 674 (Tex. App.—Texarkana 2000, pet. ref’d). 
Accordingly, we overrule Young’s sole issue and affirm the judgment.

 

 

FELIPE REYNA

Justice

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Affirmed

Opinion delivered and
filed December 7, 2005

Do not publish

[CR25]

 









[1]
          Because this issue is not
preserved, we need not reach the question of whether the alteration of the
indictment was an amendment or an abandonment of surplusage.